Philip G. Jones (1748)
Chapter 7 Trustee
853 West Center Street
Orem, Utah 84057
Telephone: (801) 224-2119
Fax: (801) 224-6345

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 OCT 27 AM 11:00

DISTRICT OF UTAH

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF UTAH CENTRAL DIVISION

| In Re: <br><br> MIGUEL ANGEL BURGOS <br> YVONNE ACOSTA BURGOS <br><br> Debtor(s). | Case No. 08-24921 <br> Chapter 7 <br><br> Judge: WILLIAM T. THURMAN |
|---|---|

**DEPOSIT OF UNCLAIMED FUNDS**

COMES NOW Philip G. Jones, the trustee of the above referenced bankruptcy case, and hereby represents to the Court that:

___ A     The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

_x_ B     The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CLAIM# | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMOUNT |
|---|---|---|
| 2 | TARGET NATIONAL BANK <br> C O WEINSTEIN AND RILEY, PS <br> 2001 WESTERN AVENUE, STE 400 <br> SEATTLE, WA 98121 | 4.01 |
| 5 | Lightyear Network Solutions <br> 1901 Eastpoint Parkway <br> Louisville, KY 40223 | 1.13 |

A check in the amount of $5.14 representing said funds in payable to the United States Bankruptcy Court, and is attached hereto.

DATED this 15th day of October, 2011.

PHILIP G. JONES
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing DEPOSIT OF UNCLAIMED FUNDS was mailed to the following persons by depositing the same in the United States Mail, first-class postage prepaid or by electronic filing, this 15th day of October, 2011:

U.S. Trustee's Office
Boston Building, Suite 100
9 Exchange Place
Salt Lake City, Utah 84111

BARRETT, DOUGLAS L.
1149 WEST CENTER STREET
OREM, UT 84057